97 F.3d 1470
 William A. Brandt, Jr., as Chapter 7 Trustee of Estate of
Southeast Banking Corporation, Southeast Properties Inc.,
Financial Carriers, Inc., Ehibit 'A', First City Bancorp,
Inc., First Development Inc. of Jacksonville, First National
Bank of Palm Beach, Inc., First Pioneer Corporation, First
Plus Insurance Agency, Inc., Semco Services, Inc., SWQ
Holdings, Inc., Southeast Acquisition Co., Southeast Credit
Ins. Agency, Inc., Southeast Merchant Banking Corp., Southeast Venture
 NO. 95-4324
 United States Court of Appeals,
Eleventh Circuit.
 Sept 10, 1996
 S.D.Fla., 92 F.3d 1199
 
 1
 DENIALS OF REHEARING EN BANC.